UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GRIFFIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:22-cv-00664 |
| CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM, | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff Michael Griffin and Defendant Charter Communications, LLC,[1] pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to dismiss this action without prejudice, each party to bear its own costs.

Dated: July 11, 2022

Respectfully submitted,

**OTT LAW FIRM**

By: /s/ Joseph Ott
Joseph A. Ott, #67889MO
Mark E. Blankenship, #73123MO
3544 Oxford Blvd.
Maplewood, MO 63143
P: (314) 293-3756
F: (314) 689-0080
mark@ott.law

*Attorneys for Plaintiff*

**THOMPSON COBURN LLP**

By /s/ David J. Deterding
David J. Deterding, #61300MO
Stephanie L. Milner, #73858MO
One US Bank Plaza
St. Louis, MO 63101
P: (314) 552-6000
F: (314) 552-7000
ddeterding@thompsoncoburn.com
smilner@thompsoncoburn.com

*Attorneys for Defendant Charter Communications, LLC*

---

[1] Charter Communications, LLC was incorrectly named as Charter Communications, Inc. in the Complaint.

- 2 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing systedm to all counsel of record.

*/s/ Joseph Ott*